[No. 16964-9-II.   Division Two.   July 7, 1995.]

JAMES A. ZURBRUGG, *Appellant*, v. DEL-JEN, INC.,
*Respondent*.

Appeal from a judgment of the Superior Court for
Kitsap County, No. 89-2-01802-2, Karen B. Conoley, J.,
entered February 26, 1993. *Affirmed* by unpublished

opinion per Petrie, J. Pro Tem., concurred in by Houghton, A.C.J., and Wiggins, J.